[No. 12844-0-III.     Division Three.     April 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA LISA MERCADO, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00395-2, Yancey Reser, J., entered October 20, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13603-5-III.     Division Three.     April 18, 1995.]

ROBERTA ISAACSON, *Appellant*, v. DEMARTIN AGENCY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 92-2-00414-8, John E. Bridges, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ. Now published at 77 Wn. App. 875.

[No. 16815-4-II.     Division Two.     April 19, 1995.]

*In the Matter of the Marriage of* SHARON K. CASTAN, *Respondent, and* ROBERT E. CASTAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-01845-5, E. Albert Morrison, J., entered January 5, 1995. *Affirmed as modified* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Houghton, A.C.J., and Bridgewater, J.